THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Ashely Zugg,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Frank Bisignano<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES<br><br>Case No. 2:25-cv-00254-DBP<br><br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff's Motion to File Oversize Brief.[1] Plaintiff provides the "brief would be approximately 42 pages exclusive of Caption, Table of Contents, and Table of Authorities. It is 3813 words in the main argument and illustrations and 11,068 with footnotes."[2]

The Local Rules provide

> The following page and word limits apply, unless, on showing of good cause, the court orders otherwise: in a case seeking review of a Social Security Administration Commissioner's decision, Opening and Answer Briefs must not exceed 7,750 words, and a Reply Brief must not exceed 3,875 words; ….

Plaintiff offers nothing in the Motion that shows good cause for an overlength brief. A blanket statement about the length of the brief is insufficient. Moreover, the court has briefly reviewed the Administrative Law Judge's decision at issue here. That decision is not abnormally long. Thus, briefing need not be excessive to provide an analysis of that decision. Plaintiff may file a brief that complies with the Local Rules.

---

[1] ECF No. 16.

[2] Motion at 1.

Accordingly, Plaintiff's Motion to File Oversize brief is DENIED. Plaintiff is to file a brief that complies with the Local Rules within seven (7) days for this decision.

DATED this 13 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge